

Hon. Katherine P. Failla
United States District Judge
Thurgood Marshall
United States Courthouse



March 9, 2021

1:20-cv-10903-KPF Bautista et al v. Liox Cleaners Inc

Dear Judge Failla:

    I represent all Plaintiffs in the above referenced action. Yesterday afternoon, our office started submitting a fully briefed motion for Liox Inc, Wash Supply Laundromat Inc., and Victoria and Sergey Patrikeev.

About a week ago, my office received a call from Richard Weddingner and Cara Manz advising that they would be making a notice of appearance on behalf of Defendant Konstantin Didorenko, so we did not include this individual Defendant in the motion for default. Approximately three (3) weeks ago, we received a call from an attorney letting us know that her clients Sergey and Victoria would be filing Chapter 7 Bankruptcy.

Last night at 11:20 pm our office received the attached letter. Our office has not received any information from the Court and as stated above, had not received anything in writing from Defendant's Bankruptcy attorney, therefore we included the two defendants in the motion.

Even though we have not seen any information from the Court or have nothing else but Counsel's word, we take last night's email from Counsel seriously, and we respectfully ask the Court to stay the case against Sergey and Victoria Patrikeen and to allow us to modify the motion to include only the parties that are apparently not filing a Bankruptcy Petition (Liox and Wash and Supply Laundromat Inc.).

                                          Respectfully, *Lina F. Stillman, Esq.*
                                                               Lina Stillman

**MEMO ENDORSED**

The Court is in receipt of the above letter from Plaintiffs. (Dkt. #37). Plaintiffs' request to refile their motion for default judgment, omitting Defendants Sergey and Victoria Patrikeen, is GRANTED. The Clerk of Court is directed to terminate the motion at docket entry 29.

It is further ORDERED that this matter is STAYED as to Defendants Sergey and Victoria Patrikeen only, pending resolution of their bankruptcy action.

Dated:  March 9, 2021        SO ORDERED.
        New York, New York

                             HON. KATHERINE POLK FAILLA
                             UNITED STATES DISTRICT JUDGE