UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUILLERMINA BAUTISTA, MARIBEL RIVERA,
YURIANA ALEJO, CECILIA DAVILA,
JACKELINE BAUTISTA and SANDRA MEJIA,
*individually and on behalf of others similarly situated,*

                              *Plaintiffs,*

                      -against-

LIOX CLEANERS INC., and WASH SUPPLY
LAUNDROMAT, INC. (DBA WASH SUPPLY
LAUNDROMAT), SERGEY PATRIKEEN,
KOSTANTYN DIDORENKO AND
VICTORIA PATRIKEEN, *jointly and severally.*

                              *Defendants.*
-----------------------------------------------------------------X

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that upon the Declaration of Lina Stillman, dated March 14, 2021 and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, before the Honorable Katherine Polk Failla, United States Judge, for an order entering judgement by default against all Defendants, and for such other and further relief as the court deems just and proper.

Dated: New York, New York
March 14, 2021

                                                    STILLMAN LEGAL

                                             BY:   /s/LINA STILLMAN
                                                      42 Broadway, 12th Floor
                                                      New York, New York 10004
                                                      Telephone: (800) 933-5620
                                                      *Attorneys for Plaintiffs*