UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMINA BAUTISTA, MARIBEL RIVERA, YURIANA ALEJO, CECILIA DAVILA, JACKELINE BAUTISTA and SANDRA MEJIA, *individually and on behalf of others similarly situated*,<br>       *Plaintiffs*,<br><br>-v-<br><br>LIOX CLEANERS INC., and WASH SUPPLY LAUNDROMAT, INC. (DBA WASH SUPPLY LAUNDROMAT), SERGEY PATRIKEEN, and VICTORIA PATRIKEEN, *jointly and severally*.<br><br>       *Defendants*. | **[PROPOSED] DEFAULT JUDGMENT** |

This action was commenced on December 24, 2020 (Docket # 1). Summons were issued for the corporate defendants (Docket 8,11). Service was then made on all Corporate Defendants on December 28, 2020 (Docket 12).

To date, no Corporate defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Dockets 23, 24, 27, 28) The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants LIOX CLEANERS INC., WASH SUPPLY LAUNDROMAT, INC. (DBA WASH SUPPLY LAUNDROMAT), in the total amount of $1,696,865.60 including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $273,760.00, (B) statutory damages for violation of New York Labor Law §193 and §195 in the amount of $30,000, (C) statutory

damages for violation of New York Labor Law § 191 in the amount of $30,000 and liquidated damages of $273,760.00.

That the Plaintiff is awarded attorney's fees and costs in the amount of $6,384.00.

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

March 14, 2021

_____
U.S.D.J.