STILLMAN LEGAL PC
LINA STILLMAN
42 BROADWAY, 12TH FLOOR
NEW YORK, NEW YORK 10004
WWW.FIGHTFORURRIGHTS.COM
212-203-2417
*ATTORNEYS FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**                                   **AFFIDAVIT OF SERVICE**

-----------------------------------------------------------------

X GUILLERMINA BAUTISTA, MARIBEL RIVERA, YURIANA ALEJO, CECILIA DAVILA, JACKELINE BAUTISTA AND SANDRA MEJIA INDIVIDUALLY *AND ON BEHALF OF OTHERS SIMILARLY SITUATED*

*PLAINTIFF,*

-AGAINST-

LIOX CLEANERS INC., AND WASH SUPPLY LAUNDROMAT, INC. (D/B/A "WASH SUPPLY LAUNDROMAT"), SERGEY PATRIKEEN, KOSTANTYN DIDORENKO AND VICTORIA PATRIKEEN

*DEFENDANTS.*

-----------------------------------------------------------------X

**STATE OF NEW YORK    )**
**) SS:**
**COUNTY OF NEW YORK )**

LINA STILLMAN,  BEING DULY SWORN SAYS THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE.

ON THE 24th of MARCH DEPONENT SERVED THE MOTION FOR DEFAULT JUDGMENT UPON:

**WASH SUPPLY LAUNDROMAT INC**
**LIOX CLEANERS INC**

409 Amsterdam Avenue, New York NY 10024

AND

123 Allen Street, New York NY 10002

BY DEPOSITING SAME IN A PROPERLY ADDRESSED WRAPPER, IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE OF THE UNITED STATES POSTAL
OFFICE WITHIN THE STATE OF NEW YORK.

DATED: NEW YORK, NEW YORK
March 24, 2021

LINA STILLMAN, ESQ.

BY:    *LINA STILLMAN*

LINA STILLMAN, ESQ>
42 BROADWAY, 12TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (800) 933 – 5620
*ATTORNEYS FOR PLAINTIFF*

TO: **WASH SUPPLY LAUNDROMAT INC
LIOX CLEANERS INC**

409 Amsterdam Avenue, New York NY 10024
AND

123 Allen Street, New York NY 10002