UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUILLERMINA BAUTISTA, MARIBEL RIVERA, YURIANA ALEJO, CECILIA DAVILA, JACKELINE BAUTISTA, and SANDRA MEJIA, *individually and on behalf of others similarly situated*,

Plaintiffs,

-v.-

LIOX CLEANERS INC., WASH SUPPLY LAUNDROMAT, INC. *d/b/a Wash Supply Laundromat*, SERGEY PATRIKEEN, and VICTORIA PATRIKEEN,

Defendants.

20 Civ. 10903 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The hearing in this matter scheduled for May 12, 2021, at 11:00 a.m. shall proceed by telephone. At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available before 11:00 a.m.

Plaintiffs are directed to serve a copy of this Order upon Defendants and note service on the docket.

SO ORDERED.

Dated:   May 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge