STILLMAN LEGAL
42 Broadway, 12th FL
New York NY 10004
Telephone: 212-203-2417
Facsimile: 212-203-9115
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

Guillermina Bautista, Maribel Rivera, Yuriana

Alejo, Cecilia Davila, Jackeline Bautista and

Sandra Mejia individually *and on behalf of*

*others similarly situated*

                *Plaintiff,*

        -against-

Liox Cleaners Inc., and Wash Supply
Laundromat, Inc. (d/b/a "Wash Supply
Laundromat"), Sergey Patrikeen, Kostantyn
Didorenko and Victoria Patrikeen
        *Defendants.*
-------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

**ECF Case**

STATE OF NEW YORK    )
                              )ss:
NEW YORK COUNTY        )

      Lina F Stillman, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age.

      On the 7th of May 2021 deponent served the Order of May 7th, 2021 the upon:

LIOX CLEANERS INC and WASH SUPPLY LAUNDROMAT, INC., at 409 Amsterdam Ave. New York, NY 10024, 100 Warren Street, Apt 1814 Jersey City, NJ 07302 and 123 Allen St, New York, NY 10002

- 2 -

By depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York. Deponent also emailed Sergey Patrikeen, and Konstantyn Didorenko at Soap.liox@gmail.com and Kosta.allytailors@gmail.com

                                                                              _____/s/____ Lina F Stillman, Esq.

May 10, 2021