# Barry McTiernan & Wedinger, P.C.
## COUNSELORS AT LAW

10 Franklin Avenue
Edison, New Jersey 08837
P: 732-738-5600
F: 732-738-7518
bmctwlaw.com

New York, NY | White Plains, NY | Rochester, NY | Edison, NJ | Philadelphia, PA

May 12, 2021

Honorable Katherine Polk Failla
United States District Court
Southern District of New York

**RE:** *Bautista v. Kostantyn Didorenko*
Civil Action No.: 1:20-cv-10903-KPF
Our File No.: MS-R13667

Dear Judge Polk-Failla:

This office represent Defendant Kostantyn Didorenko in the above referenced matter. We have been advised by attorney Bruce Levitt, Esq. that my client has filed a petition for bankruptcy in the Bankruptcy Court in Newark, New Jersey. Please see bankruptcy notice attached.

I believe that an automatic stay is now in place and as such, the Conference scheduled for May 12, 2021 should be adjourned.

I shall await the Court's response and thank you for your courtesies and assistance herein.

Respectfully submitted,
BARRY, McTIERNAN & WEDINGER, P.C.

Richard W. Wedinger, Esq.

RWW/dt
MS-R13667/corres/CRT051121

cc:    All counsel of record (via e-filing)

The Court is in receipt of the above letter from Defendant Didorenko.  This matter is STAYED as to Defendant Didorenko pending resolution of his bankruptcy proceedings.

Dated:  May 13, 2021　　　　　　　　　SO ORDERED.
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　HON. KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE