ABSTRACT OF JUDGMENT

Re:

Case Number:

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| | Guillermina Bautista: 79 Saint Nicholas Place, Apt. 4C, New York, NY 10032<br>Maribel Rivera: 2559 Grand Concourse, Apt 3A, Bronx, NY 10468<br>Yuriana Alejo: 191 Grant Ave, Brooklyn, NY 11208<br>Cecilia Davila: 571 East 141 St., Apt. 5, Bronx, NY 10454<br>Jackeline Bautista: 79 Saint Nicholas Place, Apt. 4C, New York, NY 10032<br>Sandra Mejia: 2264 Grand Ave, Apt. 4A, Bronx, NY 10453 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| | | |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated:                    , New York

RUBY J. KRAJICK, Clerk of Court

_____
By,  Deputy Clerk