UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMINA BAUTISTA, MARIBEL RIVERA, YURIANA ALEJO, CECILIA DAVILA, JACKELINE BAUTISTA, and SANDRA MEJIA, *individually and on behalf of others similarly situated*,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>KOSTANTYN DIDORENKO, SERGEY PATRIKEEN, and VICTORIA PATRIKEEN,<br><br>                    Defendants. | 20 Civ. 10903 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court previously stayed this matter as to Defendants Sergey and Victoria Patrikeen and Defendant Didorenko, pending resolution of their respective bankruptcy proceedings. (Dkt. #38, Dkt. #57). The parties are directed to submit a joint status update to the Court on the bankruptcy proceedings and Plaintiffs are directed to inform the Court of how they intend to proceed on or before **September 19, 2025**.

    SO ORDERED.

Dated:   August 19, 2025
         New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge